## Cherry v. Massachusetts Bonding and Insurance Company, Appellant.

Argued October 25, 1938.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and RHODES, JJ.

*John J. Pentz,* with him *Ross H. Pentz,* of *Pentz & Pentz,* for appellant.

*John A. Cherry,* for appellee.

PER CURIAM, November 22, 1938:

The six judges who heard the argument in this case being equally divided in opinion, the judgment is affirmed.[1]

---

[1] A judgment by an equally divided court is a decision, but not a precedent: *Griel's Est.,* 171 Pa. 412, 416, 417, 33 A. 375; *Com. v. Reid,* 265 Pa. 328, 335, 108 A. 829; *Etting v. Bank of United States,* 11 Wheaton 59, 78.